### UNITED STATES v. VOLKMANN et al.

(Circuit Court of Appeals, Second Circuit. February 7, 1901.)

#### No. 78

CUSTOMS DUTIES—CHOCOLATE.

Under Act 1897, par. 281, providing for a duty on chocolate, and that "the weight and value of all coverings other than plain wooden, shall be included in the dutiable weight and value" thereof, the dutiable value of chocolate packed in tin boxes should be arrived at by adding the number of pounds of the chocolate and the tin coverings, and the outside wooden boxes in which it is packed for transit should not be included, pursuant to the method of estimating the value prescribed by section 19 of the customs administrative act of 1890, since the later statute plainly intends that the wooden coverings should be free from duty, and the interior coverings alone treated for duty purposes as if they were chocolate.

Appeal from the Circuit Court of the United States for the Southern District of New York.

This cause comes here upon appeal from a decision of the circuit court, Southern district of New York (99 Fed. 264), reversing a decision of the board of general appraisers which affirmed the action of the collector of the port of New York in the assessment of duties on merchandise imported by the appellees.

Chas. D. Baker, for appellant.

W. Wickham Smith, for appellee.

Before LACOMBE and SHIPMAN, Circuit Judges.

LACOMBE, Circuit Judge. The merchandise in question consists of chocolate and cocoa put up in small consumption packages,—half-pound tins or what not,—and packed for transit in outside wooden boxes. It is conceded by both sides that the provisions of paragraph 281 of the tariff act of 1897 are applicable. It reads as follows:

"Par. 281. Chocolate and cocoa prepared or manufactured not specially provided for in this act, valued at not over 15 cents per pound, 2½ cents per pound; valued above 15 cents and not above 24 cents per pound, 2½ cents, and not above 35 cents per pound, 5 cents per pound and 10 per centum ad valorem; valued above 35 cents per pound, 50 per centum ad valorem. The weight and value of all coverings other than plain wooden, shall be included in the dutiable weight and value of the foregoing merchandise; powdered cocoa, unsweetened, 5 cents per pound."

In order to determine in what class the chocolate should be assessed,—whether over or under 15 cents or 24 cents, etc.,—the collector added up the value of the chocolate, the inner packages, and the outside wooden cases, as the value would be estimated under section 19 of the customs administrative act of 1890, and divided the sum thus obtained by the weight of the chocolate alone. We concur with the circuit court in the conclusion that in so doing he disregarded the express instructions of the statute. The provision for coverings which is found in the customs administrative act does not apply to these articles, which are in the later statute specifically provided for, a part only of the value of the coverings being required to pay duty. The plain intent and the expressed meaning of the final sentence is that the plain wooden coverings shall be free from duty, but that the interior coverings shall be treated for duty purposes as if they were chocolate; the dutiable weight shall be the weight of chocolate plus inner coverings; and the dutiable value, the value of chocolate plus inner coverings. If this be so,—if, for example, the dutiable value of an importation of 2,200 pounds of chocolate and 240 pounds of inner coverings is $550, and is to be treated for duty purposes as if it were 2,440 pounds of chocolate,—the natural corollary would seem to be that the value per pound of this dutiable aggregate must be its total value divided by its total weight. The decision of the circuit court is affirmed.